UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:    HUNTER LEE ALAN MEADOWS

DEBTORS

CASE NO: 24-90784-AKM-13

## AGREED MODIFICATION OF PLAN NOT SUBJECT TO NOTICE

The parties hereto agree that the debtors' plan must be immaterially modified to resolve and existing issue or objection. This Modification meets the requirements of 11 U.S.C. §1322 and becomes a part of the debtors' plan without any necessity for notice herein. The agreement of the parties is:

1. The pre-petition mortgage arrearage of $1,115.74 included in the claim filed by Jackson County Bank shall be paid by the Trustee as filed.
2. The Debtor shall pay $138.25 per month for 2 months then starting November 2024 payments shall increase to $163.00 per month for the remaining 58 months.
3. The total base shall be $9,730.50 over 60 months.
4. No creditors are adversely affected by this immaterial modification.
5. All other plan terms shall remain the same.

WHEREFORE, the parties have agreed to the above terms as an immaterial modification of the plan as submitted by the debtors herein.

Dated: October 2, 2024

/s/ Andrew M. Eberly
Andrew M. Eberly, Staff Counsel
Joseph M. Black, Jr.
Chapter 13 Standing Trustee

Dated: October 2, 2024

/s/ Robert B. Lynch
Robert B. Lynch, Debtor's Counsel

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.***